**Amarjit SINGH; Manjit Kaur; Dripinder Singh, Petitioners**

v.

**Loretta E. LYNCH, Attorney General of the United States,[1] Respondent.**

No. 14–3003.

United States Court of Appeals, Eighth Circuit.

Submitted: May 5, 2015.

Filed: May 14, 2015.

Amarjit Singh, Saint Peters, MO, pro se.

Manjit Kaur, Saint Peters, MO, pro se.

Dripinder Singh, Saint Peters, MO, pro se.

Karen Yolanda Drummond, Andrew B. Insenga, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Amarjit Singh, his wife Manjit Kaur, and their son Dripinder Singh, natives and citizens of India, petition for review of a decision of the Board of Immigration Appeals (BIA) denying their fourth motion to reopen removal proceedings. After careful review, we conclude that the BIA did not abuse its discretion in denying the motion as untimely and numerically barred. *See Zheng v. Mukasey,* 523 F.3d 893 (8th Cir.2008). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.